IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OVIDIU COZAC,

    Petitioner,                    No. CIV S-07-1628 MCE EFB P

    vs.

SACRAMENTO COUNTY JAIL,        FINDINGS AND RECOMMENDATIONS

    Respondent.

_____/

    Petitioner has filed a petition for writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 4, 2007, the court dismissed petitioner's application for a writ of habeas corpus with leave to amend within 30 days.

    The 30 days have passed and petitioner has not filed an amended petition or otherwise responded to that order.

    Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Rule 11 of the Rules Governing Section 2254 Cases; L. R. 11-110.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
3 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
4 Dated:  January 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2